No. 12–0496/NA. U.S. v. Dominic P. Altier. CCA 201000361. Motion to file a supplemental joint appendix granted.

No. 13–0068/AR. U.S. v. Anderson B. Tull. CCA 20120179. Appellant's motion to extend time to file the supplement to the petition for grant of review granted, *but only up to and including November 26, 2012*, and *absent extraordinary circumstances, no further extension of time will be granted in this case*.

No. 13–0070/AR. U.S. v. Robert E. Mooring, III. CCA 20110397. Appellant's motion to extend time to file the supplement to the petition for grant of review granted, *up to and including November 26, 2012*, and *absent extraordinary circumstances, no further extension of time will be granted in this case*.

No. 13–0103/MC. U.S. v. Alec R. Scogin. CCA 201200003. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to November 26, 2012.

No. 13–0104/MC. U.S. v. Dustin D. Kish. CCA 201100404. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to November 26, 2012.

Misc. No. 13–8011/AR. Nidal M. Hasan, Appellant v. Gregory Gross, Colonel, U.S. Army, Military Judge, Appellee. CCA 20120876. Notice is hereby given that a writ-appeal petition for review of the decision of the United States Army Court of Criminal Appeals on application for extraordinary relief was filed under Rule 27(b) on this date. Appellee will file an answer to said writ-appeal on or before November 16, 2012.

Misc. No. 13–8012/AR. Nidal M. Hasan, Appellant v. Gregory Gross, Colonel, U.S. Army, Military Judge, Appellee. CCA 20120877. Notice is hereby given that a writ-appeal petition for review of the decision of the United States Army Court of Criminal Appeals on application for extraordinary relief was filed under Rule 27(b) on this date. Appellee will file an answer to said writ-appeal on or before November 16, 2012.